

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of Attorneys Suspended or Disbarred by the State Bar of California,

CASE NO. 12mc0230

**ORDER**

On February 22, 2012, the Court ordered the following attorneys to show cause why they should not be suspended or disbarred by this Court as a result of being disbarred, suspended, or placed on the inactive list by the State Bar of California:

Disbarment:
Thomas Andrew Hawbaker (Cal. Bar #140654)
Philip Noel Officer (Cal. Bar #047031)
Ryan Christopher Aulis (Cal. Bar #257276)
Gustav George Bujkovsky (Cal. Bar #047528)

Suspension:
Michael James Barsi (Cal. Bar #159970)
Earl Thomas Durham (Cal. Bar #0743349)
Earl Wayne Husted III (Cal. Bar #099019)
Victor Diaz Mireles (Cal. Bar #249298)
James Thomas Bentson (Cal. Bar #140800)
Kim Trong Nguyen (Cal. Bar #162783)
Barry Jay Post (Cal. Bar #072286)
Gary Craig Wykidal (Cal. Bar #092437)
Thomas James Bayard (Cal. Bar #226247)
David Robert Endres (Cal. Bar #123564)
Ivan Pedro C. Porto (Cal. Bar #129629)

Involuntary Inactive Enrollment:
Rodney Lynn Dyche (Cal. Bar #246847)
Ric A. Militello (Cal. Bar #193675)
Mohammad Reza Nadim (Cal. Bar #129366)
Richard David Corona (Cal. Bar #056795)
Michael Howard Crosby (Cal. Bar #125778)
Henry Richard Gaxiola (Cal. Bar #138498)
Ramon Mendez Gonzalez (Cal. Bar #220891)
Douglas Jack Haycock (Cal. Bar #095071)
Anthony Joseph Kassas (Cal. Bar #227647)
Stephen Paul Naratil (Cal. Bar #174825)
Colin C. Swainston (Cal. Bar #150761)
Herbert Davis (Cal. Bar #030870)
James Vincent Reiss (Cal. Bar #128020)
Andrew Ellis Rubin (Cal. Bar #062587)
Christine Madlaine Seyler (Cal. Bar #171755)
David Vernon Skinner (Cal. Bar #123426)
Mitchell J. Stein (Cal. Bar #121750)
Phich Kong Taing (Cal. Bar #244372)

None of the listed attorneys have responded. Therefore, the Court orders that the attorneys listed above as being disbarred by the State Bar of California are disbarred from membership in the bar of this Court. The Court also orders that the attorneys listed above as being suspended or placed on the inactive list by the State Bar of California are suspended from membership in the bar of this court.

Any attorney seeking reinstatement may file a petition with the Clerk of the Court with supporting documentation showing that he or she meets the requirements of Civil Local Rule 83.3.c.1.a. This petition will be determined by the chief judge.

The Clerk of the Court is directed to serve a copy of this order upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED.**

DATED: April 3, 2012

BARRY TED MOSKOWITZ, Chief Judge
United States District Court

- 2 -